IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /K/ D.C.

05 NOV -8 PM 4:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LOUIS MITCHELL, ET AL.,

    Plaintiffs,

V.                                    NO. 05-2221-MaV

MARKUS McNEIL, ET AL.,

    Defendants.

ORDER GRANTING PERMISSION TO FILE REPLY BRIEF

Before the court is plaintiffs' November 2, 2005, motion to file a reply in response to defendants' reply to plaintiffs' response to the motion for summary judgment filed by defendants. For good cause shown, the motion is granted. Plaintiff may file their sur-reply to the defendants' motion for summary judgment.

It is so ORDERED this 8th day of November, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05

49



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:05-CV-02221 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Gary R. Wilkinson
STEWART & WILKINSON, PLLC
9040 Garden Arbor Dr.
First Floor
Germantown, TN 38138

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEY'S OFFICE
125 N. Main St.
Ste. 336
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

J. Kimbrough Johnson
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT